# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KIYONNA HENRY,** on behalf of her Daughter, J.H., a minor, <br> 2307 15th Street NE <br> Washington, D.C. 20018, <br><br>          Plaintiff, <br><br> v. <br><br> **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY** <br> 600 Fifth Street, N.W. <br> Washington, D.C. 20001, <br><br>          Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> **Civil Action No.:** <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## NOTICE OF REMOVAL

To the Judges of the United States District Court for the District of Columbia:

1. On or about March 12, 2021, Plaintiff filed this action in the Superior Court of the District of Columbia in the case titled *Kiyonna Henry, on behalf of her Daughter, J.H., a minor v. Washington Metropolitan Area Transit Authority,* Case No. 2021 CA 000760 V.

2. On or about April 28, 2021, the Summons and Complaint were delivered to WMATA.

3. The Summons, Complaint, Initial Order and Addendum, and Superior Court of the District of Columbia Civil Information Sheet, accompany this Notice of Removal. These documents constitute the only process, pleadings, or orders known to have been served upon WMATA and/or exist in this case.

4. This is a civil action in which this Court has original jurisdiction under the WMATA Compact, Public Law 89-774, paragraph 81, approved by Congress on November 6, 1966, as amended, reprinted at D.C. Code § 9-1107.10, which provides:

> The United States District Courts shall have original jurisdiction, concurrent with the Courts of Maryland, Virginia and the District of Columbia of all actions brought by or against the Authority and to enforce subpoenas issued under this Title. Any such action initiated in a State or District of Columbia Court shall be removable to the appropriate United States District Court in the manner provided by Act of June 25, 1948, as amended (28 U.S.C. 1446).

WHEREFORE, WMATA requests that this entire action, now pending in the Superior Court of the District of Columbia, be removed to this Court.

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY
By Counsel:


 /s/ Janice L. Cole
Janice L. Cole, 440351
Senior Counsel II
600 Fifth Street, N.W.
Washington, D.C.  20001
Telephone:  (202) 962-2543
Facsimile: (202) 962-2550
E-mail:  jlcole@wmata.com


/s/ *Neal M. Janey, Jr.*
Neal M. Janey, Jr. Bar No.: 995449
Senior Counsel
Attorney for Defendant, WMATA

600 Fifth Street, N.W.  
Washington, D.C. 20001  
Telephone: (202) 962-1067  
Facsimile: (202) 962-2550  
E-mail: nmjaney@wmata.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal with accompanying forms was mailed first class, postage prepaid, on May 14, 2021 to:

Matthew A. Nace  
1025 Thomas Jefferson St. NW  
Suite 180  
Washington, DC 20007  
man@paulsonandnace.com

*Attorney for Defendant*

      /s/ Janice L. Cole  
Janice L. Cole